# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TYSON MANKER, *et al.*, | : | No. 3:18-cv-372 (CSH) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD V. SPENCER, Secretary of the Navy, | : | |
| | : | |
|     Defendant. | : | April 30, 2018 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

    Please enter my appearance on behalf of the defendant the Richard V. Spencer, Secretary of the Navy.  Dated at New Haven this 30th day of April, 2018.

                                                JOHN H. DURHAM,
                                              UNITED STATES ATTORNEY

                                 By:   /S/ David C. Nelson
                                       David C. Nelson (ct25640)
                                       Assistant U.S. Attorney
                                       157 Church Street, 24th Floor
                                       New Haven, Connecticut 06510
                                       Tel:    (203) 821-3700
                                       Fax:   (203) 773-5373
                                       Email: David.C.Nelson@usdoj.gov

## CERTIFICATION

    I hereby certify that on April 30, 2018, a copy of the foregoing was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                /S/ David C. Nelson
                                              David C. Nelson (ct25640)
                                              Assistant United States Attorney