UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TYSON MANKER, *et al.*, | : | No. 3:18-cv-372 (CSH) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD V. SPENCER, Secretary of the Navy, | : | |
| | : | |
|     Defendant. | : | April 30, 2018 |

**DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

The defendant hereby moves for a 45 day extension of time to file a responsive pleading to the plaintiffs' complaint. This is the defendant's first motion for extension of time. Undersigned counsel has consulted with opposing counsels and they have no objection to this motion. In support of this motion, undersigned counsel represents the following.

This complaint was served on the U.S. Attorney's Office on March 7, 2018. Undersigned counsel has been busy working on pretrial matters and discovery in *U.S. v. Butler*, 3:18-cr-22 (VLB), which is a 19-defendant case. Undersigned counsel has also been working on preparing a responsive pleading in *March v. USA*, 3:17-cv-2028 (WWE), a complex medical malpractice case. Finally, undersigned counsel has also been busy working on a case related to this case, *Kennedy v. Esper*, 3:16-cv-2010 (WWE), which raises similar allegations to this case, albeit against a different branch of the military, and is under a briefing schedule.

Because the complaint in this case was served on March 7, 2018, a responsive pleading is due on or before May 7, 2018. If a 45-day extension of time was granted, the responsive pleading date would be June 21, 2018.

Wherefore, the defendant respectfully requests that the Court grant this motion and reset the date of the defendant's responsive pleading to June 21, 2018.

JOHN H. DURHAM,
UNITED STATES ATTORNEY

By: /S/ David C. Nelson
David C. Nelson (ct25640)
Assistant U.S. Attorney
157 Church Street, 24th Floor
New Haven, Connecticut 06510
Tel:   (203) 821-3700
Fax:   (203) 773-5373
Email: David.C.Nelson@usdoj.gov

## CERTIFICATION

I hereby certify that on April 30, 2018, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/ David C. Nelson
David C. Nelson (ct25640)
Assistant United States Attorney