UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYSON MANKER, on behalf of himself and all others similarly situated, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, on behalf of itself, its members, and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>RICHARD V. SPENCER, Secretary of the Navy,<br><br>*Defendant*. | No. 3:18-cv-00372-CSH<br><br>May 1, 2018 |

**JOINT MOTION FOR PROPOSED SCHEDULING ORDER**

The Parties in the above-captioned matter have conferred and hereby submit a proposed briefing schedule. On Monday April 30, 2018, Defendant moved for a 45-day extension to file a responsive pleading. After conferring on May 1, 2018, the Parties wish to resolve issues regarding class certification prior to briefing the Defendant's Answer, Motion to Dismiss, or other responsive pleading. As such, the Parties propose the following schedule, which would supersede Defendant's request for an extension:

- Plaintiffs' Motion for Class Certification would be due on or before May 15, 2018.

- Defendant's Opposition to Plaintiffs' Motion for Class Certification would be due on or before June 26, 2018.

- Plaintiffs' Reply would be due on July 17, 2018.

- Defendant's responsive pleading will not be due until after class certification has been decided.

1

Both Plaintiffs' and Defendant's counsel are also counsel in *Kennedy v. Esper*, 3:16-cv-2010-WWE, a similar case against the Secretary of the Army. That case also has briefing during this window, so the deadlines have been agreed to by the parties to avoid direct conflicts and overlap.

Dated: May 1, 2018
New Haven, Connecticut

Respectfully submitted,

By: /s/ Michael J. Wishnie

Samantha G. Peltz, Law Student Intern*
Jonathan B. Petkun, Law Student Intern*
Westley A. Resendes, Law Student Intern*
Helen E. White, Law Student Intern*
Aaron Wenzloff, Supervising Attorney, ct28616
Michael J. Wishnie, Supervising Attorney, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Org.
Yale Law School[†]
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

Susan J. Kohlmann**
Jeremy M. Creelan**
Jeremy H. Ershow**
Jessica A. Martinez**
Matthew J. Wilkins**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Tel: (212) 891-1678
jcreelan@jenner.com

* Motion for Law Student Appearance forthcoming.
** Motion for *Pro Hac Vice* Appearance forthcoming.