UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYSON MANKER, on behalf of himself and all others similarly situated, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, on behalf of itself, its members, and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>RICHARD V. SPENCER, Secretary of the Navy,<br><br>        *Defendant*. | No. 3:18-cv-00372-CSH<br><br>June 4, 2018 |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY PLAN**

The Parties in the above-captioned matter have conferred regarding Rule 26(f) of the Federal Rules of Civil Procedure. The Parties have previously stipulated, and this Court has previously ordered, that "Defendant's responsive pleading will not be due until after class certification has been decided." [Dkt. Nos. 10, 11.] The parties also wish to defer completing their proposed discovery plan until after class certification has been decided. As such, the Parties propose the following interim schedule:

- Within 30 days of a class certification decision, Defendant will file a responsive pleading.

- Within 45 days of a class certification decision, the parties shall exchange Initial Disclosures.

- Within 45 days of a class certification decision, the parties shall confer again and submit a proposed schedule for remaining deadlines. Though the parties wish to defer setting a full schedule pursuant to Rule 26(f) until after class certification has been decided, the parties do not anticipate Fact Discovery to take more than 9 months.

- If either party appeals the class certification decision, the parties shall submit a new proposed interim schedule within 30 days of the class certification decision.

1

Dated: June 4, 2018
New Haven, Connecticut

Respectfully submitted,


By: /s/ Michael J. Wishnie

| | |
|---|---|
| Samantha G. Peltz, Law Student Intern* | Susan J. Kohlmann** |
| Jonathan B. Petkun, Law Student Intern* | Jeremy M. Creelan** |
| Westley A. Resendes, Law Student Intern* | Jeremy H. Ershow** |
| Helen E. White, Law Graduate* | Jessica A. Martinez** |
| Aaron Wenzloff, Supervising Attorney, ct28616 | Matthew J. Wilkins** |
| Michael J. Wishnie, Supervising Attorney, ct27221 | Jenner & Block LLP |
| Veterans Legal Services Clinic | 919 Third Avenue |
| Jerome N. Frank Legal Services Org. | New York, NY 10022-3908 |
| Yale Law School | Tel: (212) 891-1678 |
| P.O. Box 209090 | jcreelan@jenner.com |
| New Haven, CT 06520-9090 | |
| Tel: (203) 432-4800 | |
| michael.wishnie@ylsclinics.org | |

* Motion for Law Student Appearance forthcoming.
** Motion for *Pro Hac Vice* Appearance forthcoming.

*Attorneys for Plaintiffs Tyson Manker and National Veterans Council for Legal Redress*


By: /s/ David C. Nelson

David C. Nelson
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church St., 24th Floor
New Haven, CT 06510
Tel:  (203) 821-3700
David.C.Nelson@usdoj.gov

*Attorneys for Defendant Richard V. Spencer, Secretary of the Navy*


**SO ORDERED:**

_____
Hon. Charles S. Haight, Jr., U.S.D.J.