## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYSON MANKER, on behalf of himself and all others similarly situated, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, on behalf of itself, its members, and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>RICHARD V. SPENCER, Secretary of the Navy,<br><br>        Defendant. | Civil Action No.<br>3:18-cv-372 (CSH)<br><br>**JANUARY 18, 2019** |

### ORDER REGARDING DEFENDANT'S MOTION TO CONTINUE HEARING BASED ON THE LAPSE OF GOVERNMENT APPROPRIATIONS

**HAIGHT, Senior District Judge:**

The Court directed a hearing in this case to be held on January 22, 2019. Defendant is represented by the Office of the United States Attorney for this District. The AUSA in charge of the case, Mr. Nelson, has moved for a continuance of that hearing on the ground that, given the Government shutdown, his Office has not been funded, with the result that he has been furloughed and "is unable to return to work and/or attend this hearing." Doc. 41 at 1. The AUSA explains in a footnote that he "received permission from his chain-of-command to draft and file this motion." Presumably the unnamed command figure has not been furloughed and is in a position to deal with the exigencies of the case.

AUSA Nelson moves for a Court order to "continue the hearing for a date and time after the Government funds the Department of Justice and undersigned counsel is recalled from furlough." Counsel for the Plaintiff Class oppose any continuance, on the ground that the equities of the case compel the Department of Justice's uninterrupted attention and handling, notwithstanding the shutdown and related failure to fund agencies of Government.  The opposition brief for Plaintiffs cites cases in which judges in other districts have, in the exercise of their discretion, declined to grant continuances or stay proceedings, notwithstanding the shutdown and its funding consequences.

Having considered these submissions, the Court makes this Order:

1. The hearing in this case is continued to February 5, 2019, at 10:30 a.m. in Courtroom 2 in the Richard C. Lee U.S. Courthouse, 141 Church Street, New Haven, CT.

2. The February 5 hearing is contingent upon the United States Attorney's Office having been funded prior to that time, and AUSA Nelson recalled from furlough, so that he may represent Defendant at the hearing.

3. If the contingency described in Paragraph 2 of this Order has not come to pass, so that AUSA Nelson is still on furlough on February 5, 2019, the February 5 hearing will not occur.  The occupants of Mr. Nelson's chain of command, in command of this case, are directed by that date to file a brief responding to the brief filed by Plaintiffs in opposition to the present motion.  If so advised, Plaintiffs may file a reply brief by February 12, 2019.  The Court is not presently inclined to require oral argument.  In those circumstances, the Court will decide whether any further stay or

continuance should be granted in this case, notwithstanding a persisting Government shutdown. The Court neither expresses nor intimates an opinion as to how that question, if reached, should be decided.

It is SO ORDERED.

Dated: New Haven, Connecticut
       January 18, 2019

                                                   */s/ Charles S. Haight, Jr.*
                                                   CHARLES S. HAIGHT, JR.
                                                   Senior United States District Judge