# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

*By facsimile*

January 18, 2019

The Honorable Charles S. Haight, Jr.
United States District Court for the
 District of Connecticut
141 Church Street
New Haven, CT 06510

            Re: *Manker, et al. v. Spencer*,
               No. 3:18-cv-372 (CSH)

Dear Judge Haight,

  West Resendes, one of the law student interns representing Plaintiffs in the above-captioned action, is deaf. Dkt. No. 30. At the conference scheduled for February 5, 2019, and at any future proceedings, Plaintiffs request that Mr. Resendes be permitted to use his American Sign Language interpreting team from Yale Law School. These interpreters all hold certification from the Registry of Interpreters for the Deaf and are prepared to provide it and any other information if necessary. The members of the interpreting team, along with their contact information if needed, are as follows:

| | | |
|---|---|---|
| Sarah D'Agostino | sarah.dagostino@yale.edu | 860-916-2714 |
| Colleen Hajdasz | colleen.hajdasz@yale.edu | 860-908-4395 |
| Felice Shays | felice.shays@yale.edu | 917-776-4268 |

Plaintiffs do not request that the Court provide Captioned Access Real Time (CART) for the conference on February 5, 2019, but may request such accommodation in advance of future proceedings.

Respectfully,

/s/ Michael J. Wishnie

| | |
|---|---|
| Diana Lee, Law Student Intern* | Susan J. Kohlmann |
| Samantha G. Peltz, Law Student Intern | Jeremy M. Creelan |
| Jonathan B. Petkun, Law Student Intern | Jeremy H. Ershow |
| Westley A. Resendes, Law Student Intern | Jessica A. Martinez |
| Blake N. Shultz, Law Student Intern* | Nicole Taykhman |
| Renée A. Burbank, Supervising Attorney** | Jenner & Block LLP |
| Michael J. Wishnie, Supervising Attorney, ct27221 | 919 Third Avenue |
| Veterans Legal Services Clinic | New York, NY 10022-3908 |
| Jerome N. Frank Legal Services Org. | Tel: (212) 891-1678 |
| Yale Law School† | jcreelan@jenner.com |
| P.O. Box 209090 | |
| New Haven, CT 06520-9090 | |
| Tel: (203) 432-4800 | |
| michael.wishnie@ylsclinics.org | |

cc:   David C. Nelson, Assistant U.S. Attorney, Counsel for Defendants (*via email*)
      Robin D. Tabora, Clerk of the Court (*via facsimile*)

\* Applications for law student appearances forthcoming.
\*\* Application for admission to District of Connecticut pending.
† This letter does not purport to state the views of Yale Law School, if any.