Civil- (Dec-2008)

HONORABLE: Charles S. Haight, Jr.

DEPUTY CLERK: Breigh Freberg    RPTR/ECRO/TAPE: Tracy Gow

TOTAL TIME: 1 hours 13 minutes

DATE: 2/5/2019    START TIME: 10:51am    END TIME: 12:04pm

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 18CV372 (CSH)

Manker, et al                                    J. Ershow, N. Taykhman, M. Wishnie
                                                 Plaintiff's Counsel
            vs
Spencer                                          D. Nelson
                                                 Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  Sch Hrg

☐ ....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ....  ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ Hearing continued until _____ at _____

Notes: