# ADMINISTRATIVE RECORD
# TABLE OF CONTENTS

Volume I (Manker) …………………….......…..……………………. AR 0001 – AR 0166

- NDRB Decisional Document ………......……………………………………………... AR0001

- NDRB Decision ...…………………………......……………….………………… AR 0002

- CORB Administrative Processing Records …………………….…….…………... AR 00013

- Petitioner's Application for Review of Discharge ……………………………….…... AR0019

- Petitioner's DD 214 …………………….…..……………………………………….. AR 0020

- Congressional Correspondence ……………………..…………………………… AR 0021

- Petitioner's Brief and Supporting Exhibits ……………………………………………. AR 0029

- Petitioner's Military Record ……………………………………………………… AR 0099

Volume II(Doe) ........................…………..………………………... AR 0167 – AR 0948

- NDRB Decisional Document ………......……………………………………………. AR 0167

- Petitioner's Brief and Supporting Exhibits ………...…………………………………….. AR 0175

- NDRB Processing Records ……………….……………….……..……………… AR 0666

- Petitioner's Military Record ………………………………………………………… AR 0846

Volume 3 (References) …………………………………………………… AR 0949 – AR 1131

- Secretary of Defense Memo of September 3, 2014 (Hagel Memo) …………………… AR 0949

- Under Secretary of the Navy Memo of November 10, 2014 (Hicks Memo) ………….. AR 0953

- Principle Deputy Under Secretary of Defense Memo of February 24, 2016 (Carson Memo) …………………………………………………………………………………… AR 0954

- Under Secretary of Defense Memo of August 25, 2017 (Kurta Memo) ……………. AR 0955

- Director, Secretary of the Navy Council of Review Boards Letter of September 18, 2017 (Riehl Policy Letter) ………………………………………………………………….. AR 0960

- Assistant Secretary of the Navy Memo of September 22, 2017 (Woods Memo) ……. AR 0966

- NDRB Job Qualification Requirements …………………………………………………. AR 0967

- Department of Defense Instruction 1332.28, Discharge Revie Board Procedures and Standards ……..…………………………………………………………………………………….... AR 0972

- Secretary of the Navy Instruction 5420.174D, Naval Discharge Review Board Procedures and Standards …………………………………………………………………………………... AR 1024

- Marine Corps Order P1020.34G, Marine Corps Uniform Regulations (March 31, 2003), Chapter 1 & Paragraph 3010 ………………..……………………………………………… AR 1106