UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYSON MANKER, on behalf of himself and all others similarly situated, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, on behalf of itself, its members, and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>RICHARD V. SPENCER, Secretary of the Navy,<br><br>    *Defendant*. | No. 3:18-cv-00372-CSH<br><br><br><br>May 20, 2019 |

## MOTION TO SEAL

  The defendant hereby moves to seal the attached documents.  As referenced in the defendant's "Notice of Filing the Administrative Record," the attached documents are the administrative records of two military veterans, Mr. Manker and Mr. Doe.  Because these records contain protected information, *e.g.*, medical information, the defendant is filing them under seal to allow for the plaintiffs and the defendant to reach mutually agreeable redactions to the attached records that can later be filed without seal.

  Wherefore, the defendant respectfully requests that the Court seal the attached documents pending an agreement between the parties as to redacted versions that can be filed on the docket.

            The Defendant,

    By: /S/ David C. Nelson
      David C. Nelson (ct25640)
      Assistant U.S. Attorney
      157 Church Street, 24th Floor
      New Haven, Connecticut 06510
      Tel: (203) 821-3700
      Email: David.C.Nelson@usdoj.gov

Of Counsel:

Jonathan E. Dowling
Lieutenant Commander
Judge Advocate General's Corps
Agency Counsel
1322 Patterson Avenue
Washington, D.C. 20374

## CERTIFICATION

I hereby certify that on May 20, 2019, a copy of the foregoing was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /S/ David C. Nelson
        David C. Nelson (ct25640)
        Assistant United States Attorney