UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYSON MANKER, on behalf of himself and all others similarly situated, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, on behalf of itself, its members, and all others similarly situated,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>RICHARD V. SPENCER, Secretary of the Navy,<br><br>       *Defendant*. | No. 3:18-cv-00372-CSH<br><br>June 24, 2019 |

## MOTION FOR LEAVE FOR LAW STUDENT INTERNS TO APPEAR

Plaintiffs respectfully request leave for Law Student Interns JAZMINE G. BUCKLEY and JARED M. QUIGLEY to appear in this matter on behalf of TYSON MANKER and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS under supervision of MICHAEL J. WISHNIE of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

Dated: June 24, 2019

                                              Respectfully submitted,

                                              By: /s/ Michael J. Wishnie
                                              Michael J. Wishnie, Supervising Attorney, ct27221
                                              Jerome N. Frank Legal Services Organization
                                              Veterans Legal Services Clinic
                                              P.O. Box 209090
                                              New Haven, CT 06520-9090
                                              (203) 432-4800
                                              michael.wishnie@ylsclinics.org