UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYSON MANKER, on behalf of himself and all others similarly situated, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, on behalf of itself, its members, and all others similarly situated, | No. 3:18-cv-00372 (CSH) |
| *Plaintiffs*, | August 28, 2019 |
| v. | |
| RICHARD V. SPENCER, Secretary of the Navy, | |
| *Defendant*. | |

## NOTICE OF FILING OF THE REDACTED ADMINISTRATIVE RECORD

The defendant hereby files the redacted portions of the administrative record, with redactions made by the defendant and the plaintiffs. The filing is divided into two parts: (1) the redacted administrative record of Mr. Manker and (2) the redacted administrative record of Mr. Doe. The initial filing of the administrative record, with the associated table of contents and certification, is located at docket entry #56 *et seq*.

            The Defendant,

        By:  /S/ David C. Nelson
            David C. Nelson (ct25640)
            Assistant U.S. Attorney
            157 Church Street, 24th Floor
            New Haven, Connecticut 06510
            Tel:  (203) 821-3700
            Email: David.C.Nelson@usdoj.gov

Of Counsel:

Jonathan E. Dowling
Lieutenant Commander
Judge Advocate General's Corps
Agency Counsel
1322 Patterson Avenue
Washington, D.C. 20374

## **CERTIFICATION**

I hereby certify that on August 28, 2019, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            /S/ David C. Nelson
            David C. Nelson (ct25640)
            Assistant United States Attorney