# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

**VIA ECF**

October 21, 2019

The Honorable Charles S. Haight
United States District Judge
District of Connecticut
141 Church Street
New Haven, CT 06510

                                                    Re:     *Manker v. Spencer*, No. 3:18-cv-372 (CSH)

Dear Judge Haight:

       Plaintiffs respectfully submit this letter to inform the Court of statistics recently released by the Naval Discharge Review Board ("NDRB") regarding its grant rates in individual applications involving members of the certified class in this case. The statistics contradict representations made by counsel for the government at the August 14, 2019, hearing on the Motion to Dismiss.

       At the hearing, government counsel stated that the NDRB had received additional training in "the summer or at latest the fall of 2017" as to how to apply the "liberal consideration" standard in the Kurta Memo. Hr'g on Mot. to Dismiss Tr. 10, Aug. 14, 2019. Accordingly, counsel argued, Plaintiffs' claims are moot, because the liberal consideration standard is now being "appl[ied] . . . properly." *Id.* at 15. The Court may not properly consider these representations by counsel on a Rule 12(b)(6) motion to dismiss. In addition, they appear to be inaccurate. Quarterly statistical reports posted on-line by the Navy after the hearing in this case, as required by statute, *see* 10 U.S.C. § 1553(f), demonstrate that even after training in the summer or fall of 2017, the NDRB grants discharge upgrades for veterans with claims based on a mental health condition, including post-traumatic stress disorder and traumatic brain injury, at a rate very similar to before the training emphasized by counsel. In the first publicly available quarterly report (the fourth quarter of fiscal year 2017), for example, the upgrade rate for these applicants was 20.0 percent. In comparison, since the approximate date of the training alleged by the Defendant (the first quarter of fiscal year 2018), the average discharge upgrade rate was 21.6 percent. The NDRB continues to deny the vast majority of claims related to mental illness, and a far higher proportion of claims than are denied by the Army. Put simply, the Navy's own statistics demonstrate that the NDRB's upgrade rate did not improve even after the Kurta Memo training.

       For the reasons set forth in their briefing and at oral argument, Plaintiffs respectfully request that the Court deny Defendant's Motion to Dismiss.

Respectfully,

/s/ Michael J. Wishnie

| | |
|---|---|
| Mollie Berkowitz, Law Student Intern | Susan J. Kohlmann, *pro hac vice* |
| Kayla Morin, Law Student Intern | Jeremy M. Creelan, *pro hac vice* |
| Samantha Peltz, Law Student Intern | Jeremy Ershow, *pro hac vice* |
| Blake Schultz, Law Student Intern | Jessica A. Martinez, *pro hac vice* |
| Renée A. Burbank, Supervising Attorney, ct30669 | Nicole Taykhman, *pro hac vice* |
| Michael J. Wishnie, Supervising Attorney, ct27221 | Jenner & Block LLP |
| Veterans Legal Services Clinic | 919 Third Avenue |
| Jerome N. Frank Legal Services Org. | New York, NY 10022-3908 |
| Yale Law School† | Tel: (212) 891-1678 |
| P.O. Box 209090 | SKohlmann@jenner.com |
| New Haven, CT 06520-9090 | |
| Tel: (203) 432-4800 | |
| michael.wishnie@ylsclinics.org | |

cc:   David Nelson, Assistant U.S. Attorney (via ECF)

---

† This letter does not purport to state the views of Yale Law School, if any.