UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYSON MANKER, on behalf of himself and all others similarly situated, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, on behalf of itself, its members, and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>THOMAS B. MODLY, Acting Secretary of the Navy,<br><br>　　　　　Defendant. | Civil Action No.<br>3:18-cv-372 (CSH)<br><br><br><br><br><br><br>**JANUARY 7, 2020** |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is respectfully referred to United States Magistrate Judge Robert M. Spector for the purpose of considering settlement by the parties.

This Order of Referral is made for the reasons stated in the "Memorandum and Order" in the companion case of *Kennedy v. McCarthy*, No. 3:16-cv-2010 (CSH)(RMS), filed concurrently herewith.

It is SO ORDERED.

Dated:  New Haven, Connecticut
　　　　January 7, 2020

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Haight, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　CHARLES S. HAIGHT, JR.
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge