# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

January 24, 2020

The Honorable Robert M. Spector
United States Magistrate Judge
District of Connecticut
141 Church Street
New Haven, CT 06510

> **Re:**  *Manker v. Modley*, **No. 3:18-cv-372 (CSH)**

Dear Judge Spector:

Plaintiffs write with the consent of the Defendant to request that the Court:

(1) modify its January 21, 2020 Order, *see* ECF No. 101, to permit Plaintiffs to subpoena the Rule 30(b)(6) deposition of the Department of Defense ("DOD") for February 5, 2020 (instead of January 30), when the relevant DOD representative is available; and

(2) modify its November 22, 2019 Settlement Conference Order, *see* ECF No. 85, to permit Plaintiffs to serve their demand on Defendant on February 7, 2020 (instead of February 5), to allow Plaintiffs time to incorporate information from the DOD deposition into their demand.

Respectfully,

/s/ Michael J. Wishnie

Mollie Berkowitz, Law Student Intern
Kayla Morin, Law Student Intern
Samantha Peltz, Law Student Intern
Blake Schultz, Law Student Intern
Bardia Vaseghi, Law Student Intern*
Renée A. Burbank, Supervising Attorney, ct30669
Michael J. Wishnie, Supervising Attorney, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

Susan J. Kohlmann, *pro hac vice*
Jeremy M. Creelan, *pro hac vice*
Jeremy Ershow, *pro hac vice*
Jessica A. Martinez, *pro hac vice*
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Tel: (212) 891-1678
SKohlmann@jenner.com

---

* Motion for law student appearance forthcoming.