

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

*Connecticut Financial Center*     *(203) 821-3700*
*157 Church Street, 25th Floor*     *Fax (203) 773-5376*
*New Haven, Connecticut  06510*     *www.justice.gov/usao-ct*

March 5, 2020

Michael J. Wishnie        Jessica A. Martinez
Renee A. Burbank         Jenner & Block LLP
Jerome N. Frank Legal Services Org.        919 Third Avenue 39th Floor
Yale Law School          New York , NY  10022
127 Wall Street          212-891-1658
New Haven, CT  06511        Jmartinez@jenner.Com
Phone: 203-432-4800
Michael.Wishnie@ylsclinics.org
Renee.Burbank@ylsclinics.org

Re:    *Manker v. Modley*, No. 3:18-cv-372 (CSH) (RMS)
       Navy production of unredacted application records

Dear Counsel:

      This letter memorializes and clarifies the agreement made between the parties on February 28, 2020 concerning the production of 100 applications submitted to the Naval Discharge Review Board ("NDRB"). The Navy has prepared and is ready to produce to you 98[1] of the requested 100 unredacted application records, subject to your confirmation of the following:

- The applications are produced subject to the Protective Order, ECF No. 92;
- The applications will be stored only on a secure, password-protected server;
- Plaintiffs' counsel and any third-party experts will not exchange applications among themselves via unencrypted e-mails;
- Plaintiffs' counsel and any third-party experts will not print any copies of the unredacted applications;
- At the conclusion of this litigation, you will send us confirmation correspondence that you have deleted the applications from your secure server, and have not retained any copies of any applications;
- Any statistic or statistical result that you obtain from the applications and which you convey to Court for settlement purposes, you will also convey to the defendant, along with a description of how you calculated the statistic;
- The parties will not submit ex parte letters to the court related to settlement.

---

[1] The National Archives and Records Administration has not yet transmitted two files to the NDRB.

Please sign and return this letter at your earliest convenience so that we may finalize the production to you.

Receipt and agreement confirmed _____ (Plaintiffs' counsel)

Very truly yours,

John H. Durham,
U.S. ATTORNEY

*Natalie N. Elicker*
Natalie N. Elicker
ASSISTANT U.S. ATTORNEY