UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TYSON MANKER, et al., | : | |
|    *Plaintiffs*, | : | |
| | : | |
| v. | : | No. 3:18-cv-372 (CSH)(RMS) |
| | : | |
| RICHARD V. SPENCER, | : | MARCH 19, 2020 |
| Secretary of the Navy, | : | |
|    *Defendant*. | : | |

## NOTICE OF DECISIONS ON REMAND AND DEFENDANT TRAVEL RESTRICTION

The Court's Rulings On Defendant's Motion To Dismiss Or Remand And On Cross-Motions For Discovery, ECF No. 79, which ordered remand of Plaintiff Tyson Manker and John Doe's cases, stated that "When the decisions on remand are issued, Counsel for the parties are directed to file them with the Court forthwith." *Id.* at 41. Accordingly, defendant Thomas B. Modley, Acting Secretary of the Navy, now files the decisions with the Court.

The Naval Discharge Review Board ("NDRB") granted Mr. Manker partial relief: his discharge was upgraded from OTH to GEN. The decision is attached as Exhibit A. The NDRB did not grant Mr. Doe relief. The decision is attached as Exhibit B.

The defendant understands that plaintiffs will be filing a request with respect to these decisions. Defendant respectfully requests an opportunity to respond to the plaintiffs' position. Due to the COVID-19 pandemic, defense counsel and agency counsel are presently teleworking with children present in their homes, with somewhat limited connectivity to secure networks.

Last, with respect to the settlement conference currently scheduled for April 14, 2020, the defendant wishes to inform the Court that on or about Saturday, March 14, 2020, the Department of Defense banned all domestic temporary duty and non-local leave travel, with limited

exceptions not applicable here, until May 11, 2020.  Thus, the Navy will not be able to participate in-person at the April 14, 2020 settlement conference.  As stated by the Court, the defendant understands the parties and the Court will confer about the settlement conference again as the April 14, 2020, date approaches.  Defendant still prefers the Navy designee(s) to participate in person.

                Respectfully submitted,

                JOHN H. DURHAM
                UNITED STATES ATTORNEY

                */s/ Natalie N. Elicker*
                Natalie N. Elicker, ct28458
                Assistant United States Attorney
                157 Church Street
                New Haven, CT 06510
                Telephone: (203) 821-3700
                Fax: (203) 773-5373
                Email: Natalie.Elicker@usdoj.gov