UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYSON MANKER, on behalf of himself and all others similarly situated, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, on behalf of itself, its members, and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KENNETH J. BRAITHWAITE,[1]<br>Secretary of the Navy,<br>*Defendant*. | No. 3:18-cv-372 (CSH) (RMS)<br><br>July 27, 2020 |

**CONSENT MOTION FOR CONTINUANCE OF DISCOVERY**

Plaintiffs Tyson Manker and the National Veterans Council for Legal Redress respectfully move, with consent of the Defendant, for the continuance of the discovery deadline in the above-captioned matter. The grounds for this motion are as follows:

1. Since the anticipated start of settlement negotiations in March 2020, on the advice and with the support of Magistrate Judge Robert M. Spector, the parties have paused discovery so that they might more fruitfully focus on settlement.[2]

2. Prior to the start of settlement negotiations, the parties set a deadline for fact discovery to conclude on July 31, 2020. *See* ECF No. 87, Joint Status Report.

3. Because the parties have not conducted discovery during the last several months, the parties will require additional time to complete discovery should settlement negotiations fail.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Kenneth J. Braithwaite, now Secretary of the Navy, is substituted for former Acting Secretary of the Navy, James E. McPherson.

[2] The parties had a settlement conference scheduled for March 17, 2020. This settlement conference was cancelled due to the outbreak of the COVID-19 pandemic on March 13, 2020. *See* ECF No. 127. Since that time, the parties have conducted separate calls with Magistrate Judge Spector in order to further settlement. *See* ECF Nos. 135, 137, 139, and 141.

WHEREFORE, the parties respectfully request that this court enter an order continuing discovery until such time that either of the parties make a motion indicating that settlement discussions have reached an impasse and requesting that discovery resume. Should that occur, the parties request that, upon motion, the court set a revised discovery schedule.

Respectfully Submitted,

By: /s/ Michael J. Wishnie

Mollie Berkowitz, Law Student Intern
Samantha Peltz, Law Graduate Intern
Renée A. Burbank, Supervising Attorney, ct30669
Dana Montalto, Supervising Attorney, ct30941
Michael J. Wishnie, Supervising Attorney, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Org.
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
Email: michael.wishnie@ylsclinics.org

Susan J. Kohlmann, *pro hac vice*
Jeremy M. Creelan, *pro hac vice*
Jeremy Ershow, *pro hac vice*
Jessica A. Martinez, *pro hac vice*
Thomas J. Bullock*
919 Third Avenue
Jenner & Block LLP
New York, NY 10022-3908
Tel: (212) 891-1678
Email: SKohlmann@jenner.com

*Counsel for Plaintiffs*

With consent: /s/ Natalie Elicker

JOHN H. DURHAM
UNITED STATES ATTORNEY

Natalie N. Elicker, ct28458
David C. Nelson, ct25640
Assistant U.S. Attorneys
157 Church Street, 24th Floor
New Haven, Connecticut 06510
Tel:   (203) 821-3700
Email: David.C.Nelson@usdoj.gov

*Counsel for Defendant*

*motion to appear pro hac vice forthcoming*