# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYSON MANKER, on behalf of himself and all others similarly situated, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, on behalf of itself, its members, and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CARLOS DEL TORO, Secretary of the Navy,<br><br>*Defendant*. | No. 3:18-cv-372 (CSH)<br><br>September 17, 2021 |

## JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

Pursuant to Rule 23(e) of the Federal Rule of Civil Procedure (the "Rules"), the parties jointly move for Preliminary Approval of the Settlement Agreement (the "Settlement") and Class Notice submitted herewith.

Plaintiffs Tyson Manker and National Veterans Council for Legal Redress brought suit on behalf of themselves and all others similarly situated, challenging the treatment of former members of the U.S. Navy and Marine Corps separated with a less-than-fully-honorable discharge status and who experienced post-traumatic stress disorder, traumatic brain injury, military sexual assault, or other mental health conditions. ECF No. 1. On November 15, 2018, the Court certified a proposed class (the "Class"). ECF No. 33. Subsequently, the Court denied a motion to dismiss. ECF No. 79. After motion practice, the Court allowed discovery of the internal policies, procedures, and practices of the Naval Discharge Review Board ("NDRB"), including a deposition pursuant to Rule 30(b)(6) of NDRB President Robert C. Powers, the production of redacted versions of all NDRB decisions from 2001 to 2016, and the production of unredacted versions of

1

all NDRB decisions from 2016 to 2020. *See* ECF No. 93. The matter was referred for settlement to Magistrate Judge Spector, ECF No. 94, who conducted at least twenty joint or individual conferences with the parties before they reached an agreement to resolve this litigation. *See* ECF Nos. 126, 132, 135, 137, 139, 141, 154, 159, 161, 163, 166, 169, 171, 173, 177, 179, 181, 183, 184, 190.

Applying the principles of Rule 23(e) to this case, the parties request that the Court grant Preliminary Approval of the Settlement. The Settlement is the product of complex and extended arm's length negotiations, and the parties believe that the Settlement secures significant and equitable relief for Class Members and is substantively fair, reasonable, and adequate. Further explanation is set forth in Plaintiffs' concurrently submitted Memorandum in Support of the Joint Motion for Preliminary Settlement Approval.

WHEREFORE, the parties respectfully request that this court enter an order to preliminarily approve the Settlement Agreement and Class Notice and set a schedule for this matter to proceed to a hearing for final settlement approval.

Respectfully submitted,

| FOR PLAINTIFFS: | FOR DEFENDANT: |
|---|---|
| /s/Michael J. Wishnie | LEONARD C BOYLE |
| Brandon M. Baum, Law Student Intern | ACTING U.S. ATTORNEY |
| Amelia H. Dunnell, Law Student Intern* | |
| Alexander M. Fischer, Law Student Intern | /s/Natalie N. Elicker |
| Andrew T. Smith, Law Student Intern* | Natalie N. Elicker, ct28458 |
| Michael J. Wishnie, Supervising Attorney, ct27221 | Assistant United States Attorney |
| Veterans Legal Services Clinic | 157 Church Street, 25th Floor |
| Jerome N. Frank Legal Services Org. | New Haven, CT 06510 |
| Yale Law School | Telephone: (203) 821-3700 |
| P.O. Box 209090 | Fax: (203) 773-5373 |
| New Haven, CT 06520-9090 | Email: Natalie.Elicker@usdoj.gov |
| Tel: (203) 432-4800 | |
| Michael.Wishnie@ylsclinics.org | |

Susan J. Kohlmann, *pro hac vice*
Jeremy M. Creelan, *pro hac vice*
Jeremy Ershow, *pro hac vice*
Thomas J. Bullock, *pro hac vice*
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Tel: (212) 891-1678
SKohlmann@jenner.com

*Motion for law student appearance pending