UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYSON MANKER, on behalf of himself and all others similarly situated, and NATIONAL VETERANS COUNCIL FOR LEGAL REDRESS, on behalf of itself, its members, and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CARLOS DEL TORO, Secretary of the Navy,<br><br>*Defendant*. | No. 3:18-cv-372 (CSH)<br><br><br>December 9, 2021 |

**APPLICATION FOR FINAL SETTLEMENT APPROVAL**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure ("Rules") and this Court's Supplemental Order Granting Preliminary Approval of Class Action Settlement and Class Notice, ECF No. 216, Class Counsel applies for Final Approval of the Settlement Agreement ("Settlement"), ECF No. 211-2.

Plaintiffs Tyson Manker and National Veterans Council for Legal Redress ("NVCLR") brought suit on behalf of themselves, NVCLR's members, and all others similarly situated, challenging the treatment of former members of the U.S. Navy and Marine Corps separated with a less-than-fully-honorable discharge status and who experienced post-traumatic stress disorder, traumatic brain injury, military sexual assault, or other mental health conditions. ECF No. 1. On November 15, 2018, the Court granted the Plaintiffs' motion to certify a class (the "Class"). *See* ECF No. 33. Subsequently, the Court denied Defendant's motion to dismiss and ordered production outside the administrative record. ECF No. 79. After motion practice, the Court also allowed discovery of the internal policies, procedures, and practices of the Naval Discharge

1

Review Board, including a Rule 30(b)(6) deposition for which Defendant produced NDRB President Robert C. Powers, and the production of unredacted versions of all NDRB decisions from 2016 to 2020. *See* ECF No. 93. The matter was then referred for settlement to Magistrate Judge Spector, ECF No. 94, who conducted at least twenty joint or individual conferences with the parties. *See* ECF Nos. 126, 132, 135, 137, 139, 141, 154, 159, 161, 163, 166, 169, 171, 173, 177, 179, 181, 183, 184, 190.

With the assistance of Judge Spector, the parties reached an agreement to resolve this litigation. After the Court granted preliminary approval, Class Counsel completed the notice plan set forth in the Settlement Agreement and ordered by the Court in ECF No. 216. The extensive outreach conducted ensured that Class Notice, Settlement Agreement, and information about the fairness hearing was widely distributed. Additional details about the method and results of the notice plan are available in the Class Counsel's Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement ("Memorandum in Support"), Affidavit of Class Counsel, and Declaration of Jennifer M. Keough (Class Administrator) submitted concurrently with this filing.

Applying the principles of Rule 23(e) to this case, Class Counsel requests that the Court grant Final Approval of the Settlement after the fairness hearing scheduled for December 16, 2021. The Settlement is the product of complex and extended negotiations, and the parties believe that the Settlement secures significant and equitable relief for class members and is substantively fair, reasonable, and adequate. Additionally, the distribution of the Class Notice ordered by the Court was substantively and procedurally sufficient and the best notice practicable under the circumstances. Further explanation is set forth in Class Counsel's Memorandum in Support.

WHEREFORE, Class Counsel respectfully requests that this court enter an order to finally approve the Settlement Agreement.

Respectfully submitted,

FOR PLAINTIFFS:

By: /s/ Michael J. Wishnie

Brandon M. Baum, Law Student Intern
Amelia H. Dunnell, Law Student Intern
Alexander M. Fischer, Law Student Intern
Blake Shultz, Law Student Graduate
Andrew T. Smith, Law Student Intern
Michael J. Wishnie, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
Tel: (203) 432-4800
michael.wishnie@ylsclinics.org

Susan J. Kohlmann, *pro hac vice*
Jeremy M. Creelan, *pro hac vice*
Jeremy Ershow, *pro hac vice*
Thomas J. Bullock, *pro hac vice*
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Tel: (212) 891-1678
SKohlmann@jenner.com

*Counsel for Plaintiffs*